JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MARCELO GOMEZ,

      **Plaintiff,**

    vs.

**MILDRED ENTERPRISES LLC.; 861 MERIDIAN, LLC; and DOES 1 to 10,**

      **Defendants.**

**Case No.: 2:26-cv-02316-AJR**

Assigned to A. Joel Richilin

**[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**

NOTICE OF VOLUNTARY DISMISSAL

Based on the request for dismissal with prejudice and for good cause

shown:

IT IS HEREBY ORDERED that the entire action be dismissed with

Prejudice.

SO ORDERED.

DATED: __June 9, 2026__                    _Joel Richilin_____

Hon. A. Joel Richilin
United States Magistrate Judge

-2-

NOTICE OF VOLUNTARY DISMISSAL